**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 13-cr-124-APG-PAL |
| vs. ) | |
| ) | **ORDER** |
| REUEN CONWAY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On July 15, 205, defendant Reuben Conway filed a letter (Dkt. #50), which I interpret as a motion, requesting that I order the Bureau of Prisons to credit him with time served on his state court sentence.  I sentenced Mr. Conway to "30 months, concurrent, with the state court sentence imposed in the Nevada 8th Judicial District Court, Clark County Nevada, Case No. 12-285871. Further, the defendant shall be given credit for time served in federal custody on a Writ of Habeas Corpus pursuant to USSG § 5G1.3(b)(1) and (2)." (Dkt. #49 at 2.)  It is unclear from the record how much time Mr. Conway served in federal custody on the Writ.  Nor is it clear from the record how much credit Mr. Conway is entitled to receive for time served on his state court sentence.  The government has not filed a response to Mr. Conway's letter. Accordingly, the government shall file and serve a response no later than August 14, 2015.

Dated:  August 4, 2015.

_____
Andrew P. Gordon
United States District Judge