UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REUBEN CONWAY,<br><br>Defendant. | Case No. 2:13-cr-00124-APG-PAL<br><br>**ORDER VACATING REVOCATION HEARING AND SETTING STATUS CONFERENCE**<br><br>(Dkt. #91) |

Defendant Reuben Conway is scheduled for a revocation hearing on October 11, 2016. On September 27, 2016, Conway filed an emergency motion to continue that hearing. ECF No. 91. The next day, I ordered the government to file a response to that motion, if any, by October 4. No response has been filed so I presume the government does not object to continuing the revocation hearing.

IT IS THEREFORE ORDERED that Conway's motion **(ECF No. 91) is GRANTED IN PART**. The October 11, 2016 revocation hearing is vacated. The court will conduct a status hearing on **Tuesday, October 25, 2016 at 2:00 p.m.** in Las Vegas courtroom 6C to discuss when to reschedule the revocation hearing.

DATED this 7th day of October, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE